

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

State Board of Control
Austin, Texas

Gentlemen:                    Attention: Mr. Chas. W. Castner

                              Opinion No. O-2753
                              Re: Whether money for the pur-
                                  chase of readers may be al-
                                  lowed blind students attend-
                                  ing college outside of Texas.

        In your letter of September 17, 1940, you di-
rect our attention to item No. 21 in the current appro-
priation to the Texas School for the Blind, found at page
294, Special Laws of Texas, Vol. 2, Acts Forty-sixth
Legislature, H. B. No. 286, Chapter 7. Said item reads:

        "21. Readers for blind students in
    college who are graduates of affiliated
    high schools; provided no student may
    be allowed more than $25 per month for
    readers, and that the Board of Control
    may prescribe payment. . . . . 1,800.00     1,800.00"

        You request our opinion in response to this ques-
tion:

        "Can the State Board of Control legally
    prescribe payment to readers for blind students
    attending college outside the State of Texas?"

        The Texas School for the Blind does not teach
college subjects. In fact there is no college for the
blind in this state. This item of appropriation was in-
tended to provide pay for persons to read to blind students
attending college, there being no way for such students to
prepare any lesson requiring reading except to have some-
one read the same to them. Actually the appropriation is
meant for the benefit of the blind student, not for any
particular college. When the allowance is made to a
student attending the University of Texas, the University

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

does not receive it. If the allowance be made for a student attending William and Mary College in Virginia, that school would not be receiving the money. Hence, we think the appropriation may be drawn upon to provide readers for blind Texans attending out of state colleges and we answer your question affirmatively.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis

Glenn R. Lewis
Assistant

GRL:eaw

APPROVED OCT 3, 1940

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY [signature]
CHAIRMAN